# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PRIMO C. NOVERO                                                                   PLAINTIFF

v.                                    No. 4:17CV00649 JLH

DUKE ENERGY FLORIDA, LLC;
URS ENERGY AND CONSTRUCTION, INC.;
and CDI CORPORATION                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE